Commonwealth *v.* Horton, Appellant.

Argued June 21, 1971. *Samuel Dashiell,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Norris E. Gelman,* Assistant District Attorney, *James*

D. *Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.